AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Samuel Williams, PPA David Williams,
David Williams and Tara Williams

**SUMMONS IN A CIVIL CASE**

V.

Greater Boston Hotel Employees, Local
26/Health and Welfare Trust Funds Board
of Trustees, The Colonnade Hotel,
Healthcare Value Management Group, Inc.,
and Med Tac Corp.

CASE NUMBER:

04cv 10338WGY

TO: (Name and address of defendant)

Managing Agent
Greater Boston Hotel Employees/Local 26 Trust Funds
20 Park Plaza, Suite 900
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stefani M. Field
Gold, Albanese, Barletti & Velazquez
50 Congress St., Suite 225
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 2-19-04

(BY) DEPUTY CLERK

MAY 14, 2004

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* MANAGING AGENT
GREATER BOSTON HOTEL EMPLOYEES
LOCAL 26 TRUST FUNDS

*to appear as within directed by delivering to* JIA LI CHEN, SECRETARY, 11:00 AM

**X**   *in hand*

*No.*   20 PARK PLAZA
*in the* BOSTON     *District of said* SUFFOLK     *County an attested*
*copy of the SUMMONS AND COMPLAINT*

*Service and travel*     28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process*

_____
Process Server

# United States District Court

_____ DISTRICT OF _____

Samuel Williams, PPA David Williams,
David Williams and Tara Williams

**V.**

Greater Boston Hotel Employees,
Local 26/Health and Welfare Trust Funds
Board of Trustees, The Colonnade Hotel,
Healthcare Value Management, Inc., and
Med Tac Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04cv10338WGY

TO: (Name and address of defendant)

Managing Agent
Colonnade Hotel Corporation
50 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stefani M. Field
Gold, Albanese, Barlettu & Velazquez
50 Congress St., Suite 225
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



2-19-04
DATE

(BY) DEPUTY CLERK

## *QUICKSERV*
### ALLSTATE PROCESS SERVERS

MAY 14, 2004

# RETURN OF SERVICE

I this day summoned the within named MANAGING AGENT COLONNADE HOTEL CORP

to appear as within directed by delivering to TERRU FLETCHER, RECEPTIONIST, 9:45 A

**X** in hand

No. 50 FEDERAL ST.
in the BOSTON District of said SUFFOLK County an attested copy of the SUMMONS AND COMPLAINT

Service and travel      28

Paid Witness

it being necessary I actually used a motor vehicle in the distance of 10 miles in the service of this process

_____
Process Server

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Samuel Williams, PPA David Williams,
David Williams and Tara Williams

**SUMMONS IN A CIVIL CASE**

V.

Greater Boston Hotel Employees, Local
26/Health and Welfare Trust Funds Board
of Trustees, The Colonnade Hotel,
Healthcare Value Management Group, Inc.,
and Med Tac Corporation

CASE NUMBER:

04cv10338WGY

TO: (Name and address of defendant)

Managing Agent
Healthcare Value Management, Inc.
100 River Edge Drive
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stefani M. Field
Gold, Albanese, Barletti & Velazquez
50 Congress St., Ste 225
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



2-19-04

DATE

(BY) DEPUTY CLERK

MAY 14, 2004

## *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

### RETURN OF SERVICE

*I this day summoned the within named* MANAGING AGENT
HEALTHCARE VALUE MANAGEMENT INC.

*to appear as within directed by delivering to* LINDA HUGHES, RECEPTIONIST, 8:50 AM

**X**  *in hand*

*No.*    100 RIVER EDGE DRIVE
*in the* NORWOOD    *District of said* NORFOLK    *County an attested copy of the* SUMMONS AND COMPLAINT

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 20   *miles in the service of this process*

Joseph Fallon
Process Server

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Samuel Williams, PPA David Williams,
David Williams and Tara Williams
                V.
Greater Boston Hotel Employees, Local
26/Health and Welfare Trust Funds Board of
Trustees, The Colonnade Hotel, Healthcare
Value Management Group, Inc.,
and Med Tac Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 cv 10338 WGY

TO: (Name and address of Defendant)

Managing Agent
Med Tac Corporation
255 Washington St.
Newtonville, MA 02460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stefani M. Field
Gold, Albanese, Barletti & Velazquez
50 Congress Street, Suite 225
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 2-19-04

## *QUICKSERV*
### ALLSTATE PROCESS SERVERS

MAY 14, 2004

## RETURN OF SERVICE

I this day summoned the within named MANAGING AGENT
MED TAC CORP.

to appear as within directed by delivering to   DIANA SMITH, RECEPTIONIST, 12:15 PM

__X__   in hand

No.   225 WASHINGTON ST.
in the NEWTONVILLE   District of said MIDDLESEX   County an attested
copy of the SUMMONS AND COMPLAINT

Service and travel   28

Paid Witness

it being necessary I actually used a motor vehicle in the distance of 20   miles in the service of this process

_Joseph Fallon_
Process Server