UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26/HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES, THE COLONNADE HOTEL, HEALTHCARE VALUE MANAGEMENT, INC. , and MED TAC CORPORATION <br><br> Defendants. | CIVIL ACTION No. 04 CV 10338 WGY |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Greater Boston Hotel Employees, Local 26 Health and Welfare Trust Funds Board of Trustees, the Colonnade Hotel, Health Care Value Management, Inc. and Med Tac Corp. (collectively "Defendants") hereby move to dismiss the Complaint of Plaintiffs Samuel Williams, David Williams and Tara Williams (collectively "Plaintiffs") for failure to state a claim upon which relief can be given.

In support of this Motion, Defendants rely upon the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court grant oral argument on the Motion, as they believe it will aid the Court in resolving the issues presented herein.

FHBoston/1060513.1

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

WHEREFORE, Defendants respectfully request that the Court dismiss the Complaint with prejudice and grant such other and further relief as the Court deems just and proper.

        GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUND BOARD OF TRUSTEES, HEALTHCARE VALUE MANAGEMENT, and MED TAC CORPORATION,

By their attorneys,

s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Domenic Bozzotto
Law Office of Domenic Bozzotto P.C.
55 Berkeley Street, 2nd Floor
Boston, MA 02116
(617) 423-3335

COLONNADE HOTEL

By its attorneys,

s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

- 3 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      I, Robert A. Fisher, hereby certify pursuant to Local Rule 7.1(A)(2) that on May 27 and 28, 2004, I conferred in good faith with opposing counsel in order to resolve or narrow the issues presented in the above.

                                              s/ Robert A. Fisher

## CERTIFICATE OF SERVICE

      I, Robert A. Fisher, hereby certify that on May 28, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

                                              s/ Robert A. Fisher

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com