UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26/HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES, THE COLONNADE HOTEL, HEALTHCARE VALUE MANAGEMENT, INC., and MED TAC CORPORATION<br><br>　　　　　Defendants. | CIVIL ACTION No. 04 CV 10338 WGY |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits A and B to Defendants' Memorandum of Law In Support of Their Motion to Dismiss.

The original documents are maintained in the case file in the Clerk's Office.

　　　　　　　　　　　　　　　　GREATER BOSTON HOTEL EMPLOYEES,
　　　　　　　　　　　　　　　　LOCAL 26 HEALTH AND WELFARE TRUST
　　　　　　　　　　　　　　　　FUND BOARD OF TRUSTEES, HEALTHCARE
　　　　　　　　　　　　　　　　VALUE MANAGEMENT, and MED TAC
　　　　　　　　　　　　　　　　CORPORATION,

　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　s/ Robert A. Fisher
　　　　　　　　　　　　　　　　Jeffrey H. Lerer, BBO #294500
　　　　　　　　　　　　　　　　Robert A. Fisher, BBO # 643797
　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　155 Seaport Boulevard

FHBoston/1061290.1

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

        Boston, MA 02210
        (617) 832-1000

        Domenic Bozzotto
        Law Office of Domenic Bozzotto P.C.
        55 Berkeley Street, 2nd Floor
        Boston, MA  02116
        (617) 423-3335

        COLONNADE HOTEL

        By its attorneys,

        s/ Robert A. Fisher
        Jeffrey H. Lerer, BBO #294500
        Robert A. Fisher, BBO # 643797
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000

Dated:  May 28, 2004

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on May 28, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

                      s/ Robert A. Fisher

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com