UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26/HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES, THE COLONNADE HOTEL, HEALTHCARE VALUE MANAGEMENT, INC. , and MED TAC CORPORATION<br><br>　　　　　Defendants. | CIVIL ACTION No. 04 CV 10338 WGY |

DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Defendants Greater Boston Hotel Employees, Local 26 Health and Welfare Trust Funds Board of Trustees ("Trust"), the Colonnade Hotel ("Colonnade"), Health Care Value Management, Inc. ("HCVM") and Med Tac Corp. ("Med Tac") hereby make the following corporate disclosures:

　　　The Trust does not have a parent entity and no publicly-held corporation owns 10% or more of its stock.

　　　The Colonnade does not have a parent entity and no publicly-held corporation owns 10% or more of its stock.

　　　HCVM is a subsidiary of First Health Group Corp., a publicly-held company.

　　　Med Tac does not have a parent entity and no publicly-held corporation owns 10% or more of its stock.

FHBoston/1061158.1

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUND BOARD OF TRUSTEES, HEALTHCARE VALUE MANAGEMENT, and MED TAC CORPORATION,

By their attorneys,

s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Domenic Bozzotto
Law Office of Domenic Bozzotto P.C.
55 Berkeley Street, 2nd Floor
Boston, MA 02116
(617) 423-3335

COLONNADE HOTEL

By its attorneys,

s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on May 28, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher

FHBoston/1061158.1                              - 2 -

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com