UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26/HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES, THE COLONNADE HOTEL, HEALTHCARE VALUE MANAGEMENT, INC., and MED TAC CORPORATION<br><br>Defendants. | CIVIL ACTION No. 04 CV 10338 WGY |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits A and B to Defendants' Memorandum of Law In Support of Their Motion to Dismiss.

The original documents are maintained in the case file in the Clerk's Office.

GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUND BOARD OF TRUSTEES, HEALTHCARE VALUE MANAGEMENT, and MED TAC CORPORATION,

By their attorneys,

s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard

FHBoston/1061290.1

Boston, MA 02210
(617) 832-1000

Domenic Bozzotto
Law Office of Domenic Bozzotto P.C.
55 Berkeley Street, 2nd Floor
Boston, MA 02116
(617) 423-3335

COLONNADE HOTEL

By its attorneys,

s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 28, 2004

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on May 28, 2004 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

s/ Robert A. Fisher