# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                 **Civil Action**
                                                                 **No:04-10338-WGY**

**WILLIAMS**
**Plaintiff**

v.

**GREATER BOSTON HOTEL EMPLOYEES, ET AL**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

    TAKE NOTICE that the above-entitled case has been set for HEARING on Motion to Dismiss at 2:00 PM , on THUR. JULY 15 , 2004, in Courtroom No. 18, 5TH FLOOR. Opposition is due by June 15, 2004. Reply brief, if any, is due by June 25, 2004.

                                                                **By the Court,**

                                                                **/s/ Elizabeth Smith**

                                                                **Deputy Clerk**

**June 2, 2004**

**To: All Counsel**