UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>Plaintiffs<br><br>vs.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES<br><br>Defendant | Civil Action No.<br>04-CV-10338 WGY |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

We, Samuel Williams, PPA David Williams, David Williams and Tara Williams, certify that we have conferred and discussed the establishment of a budget for the course of conducting litigation in the above-captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Samuel Williams, PPA
David Williams, Plaintiff

_____
David Williams, Plaintiff

_____
Tara Williams, Plaintiff

Plaintiffs by counsel,

_____
Stefani M. Field, BBO#656442
Gold, Albanese, Barletti &
Velazquez
50 Congress Street, Suite 225
Boston, MA 02109
(617) 723-5118

DATED: December 30, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>Plaintiffs<br><br>vs.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES<br><br>Defendant | Civil Action No.<br>04-CV-10338 WGY |

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

We, Samuel Williams, PPA David Williams, David Williams and Tara Williams, certify that we have conferred and discussed the establishment of a budget for the course of conducting litigation in the above-captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Samuel Williams, PPA
David Williams, Plaintiff

_____
David Williams, Plaintiff

_____
Tara Williams, Plaintiff

Plaintiffs by counsel,

_____
Stefani M. Field, BBO#656442
Gold, Albanese, Barletti &
Velazquez
50 Congress Street, Suite 225
Boston, MA 02109
(617) 723-5118

DATED: December 30, 2004