UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

SAMUEL WILLIAMS, PPA DAVID
WILLIAMS, DAVID WILLIAMS and
TARA WILLIAMS,

         Plaintiffs,

v.

GREATER BOSTON HOTEL
EMPLOYEES, LOCAL 26/HEALTH AND
WELFARE TRUST FUNDS BOARD OF
TRUSTEES,

         Defendant.

CIVIL ACTION No. 04 CV 10338 WGY

## CERTIFICATION OF DEFENDANT GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES

Pursuant to Local Rule 16.1(D)(2), Defendant Greater Boston Hotel Employees Local 26 Health and Welfare Trust Funds Board of Trustees and its counsel submits the following certification:

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GREATER BOSTON HOTEL EMPLOYEES
LOCAL 26 HEALTH AND WELFARE TRUST
 FUNDS BOARD OF TRUSTEES

By: _____        _____
     Henry C. Green Sr.                                    Jeffrey Nelson
     Trustee                                                            Trustee

FHBOSTON/1149634.1

Counsel for Defendants

_____
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Domenic Bozzotto
Law Office of Domenic Bozzotto P.C.
58 Berkeley Street, 2nd Floor
Boston, MA 02116
(617) 423-3335

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26/HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04 CV 10338 WGY |

CERTIFICATION OF DEFENDANT GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES

Pursuant to Local Rule 16.1(D)(2), Defendant Greater Boston Hotel Employees Local 26 Health and Welfare Trust Funds Board of Trustees and its counsel submit the following certification:

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GREATER BOSTON HOTEL EMPLOYEES
LOCAL 26 HEALTH AND WELFARE TRUST
　FUNDS BOARD OF TRUSTEES


By: _____, Trustee　　　By: _____, Trustee

FHBOSTON/1149634.1

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

SAMUEL WILLIAMS, PPA DAVID
WILLIAMS, DAVID WILLIAMS and
TARA WILLIAMS,

    Plaintiffs,

v.

GREATER BOSTON HOTEL
EMPLOYEES, LOCAL 26/HEALTH AND
WELFARE TRUST FUNDS BOARD OF
TRUSTEES,

    Defendant.

CIVIL ACTION No. 04 CV 10338 WGY

### CERTIFICATION OF DEFENDANT GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES

Pursuant to Local Rule 16.1(D)(2), Defendant Greater Boston Hotel Employees Local 26 Health and Welfare Trust Funds Board of Trustees and its counsel submits the following certification:

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GREATER BOSTON HOTEL EMPLOYEES
LOCAL 26 HEALTH AND WELFARE TRUST
FUNDS BOARD OF TRUSTEES

By: /s/ James T. Stamos, Trustee      By: _____, Trustee

PHBOSTON/1149634.1

- 2 -

Counsel for Defendants

/s/ Robert A. Fisher
Jeffrey H. Lerer, BBO #294500
Robert A. Fisher, BBO # 643797
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Domenic Bozzotto
Law Office of Domenic Bozzotto P.C.
58 Berkeley Street, 2nd Floor
Boston, MA  02116
(617) 423-3335