UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>    **Plaintiffs**<br><br>vs.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES,<br><br>    **Defendants** | Civil Action No.<br>04-CV-10338 WGY |

## MOTION TO EXTEND DEADLINE FOR SUMMARY JUDGMENT MOTION

  I, Robert Francis Gold, respectfully move this Honorable Court to extend the deadline for the Plaintiffs to submit its Motion for Summary Judgment. The original date that the Plaintiffs' Motion was due before the Court was March 7, 2005. Plaintiff hereby requests a one-week extension to March 14, 2005.

  As grounds therefore, the Plaintiffs states that Attorney Stefani Field, counsel of record on this action, went into labor two weeks early and was unable to file the Plaintiffs' Motion for Summary Judgment before she began maternity leave. She was the lead attorney on this case and was responsible for drafting the Plaintiffs' Motion for Summary Judgment. I have stepped in to take over the drafting of said motion. Therefore, because there is sufficient good cause to grant a short extension, I am respectfully requesting a deadline of March 14, 2005 to file the Plaintiffs' Motion for Summary Judgment with this Honorable Court. I have discussed this with Defendant's Counsel, Attorney Robert Fisher. He is understanding of this situation and although he has not assented to this motion, he will not oppose it.

Respectfully Submitted,
Plaintiffs,
By their Attorney,

<u>s/ Robert Francis Gold</u>
Robert Francis Gold
Gold, Albanese, Barletti & Velazquez
50 Congress Street-Suite 225
Boston, MA 02109
(617) 723-5118
BBO# 632566


DATED: 3/3/05

## **CERTIFICATE OF SERVICE**

     I, Stefani M. Field, do hereby certify that a copy of the foregoing ***Motion to Extend Deadline for Summary Judgment Motion*** was sent via first-class mail, postage pre-paid, to the following counsel of record:

    Robert A. Fisher, Esq.
    Jeffrey H. Lerer, Esq.
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210

                                                  <u>s/ Robert Francis Gold</u>
                                                  Robert Francis Gold

DATED: 3/3/05