UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL WILLIAMS, PPA DAVID WILLIAMS, DAVID WILLIAMS and TARA WILLIAMS,<br><br>              Plaintiffs,<br><br>v.<br><br>GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26/HEALTH AND WELFARE TRUST FUNDS BOARD OF TRUSTEES,<br><br>              Defendant. | CIVIL ACTION No. 04 CV 10338 (JLA) |

### DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 and Local Rule 56.1, Defendant Greater Boston Hotel Employees, Local 26 Health and Welfare Trust Funds Board of Trustees ("Trustees") hereby cross-moves for summary judgment on Plaintiffs' Amended Complaint

As grounds for this motion, the Trustees rely upon (1) Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Memorandum of Law in Support of Its Cross Motion for Summary Judgment and (2) the Affidavit of Robert A. Fisher in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Its Cross-Motion for Summary Judgment, both filed herewith.

B3010609.1

WHEREFORE, the Trustees respectfully request that the Court grant their cross-motion for summary judgment and grant such further relief as the Court deems just and proper.

>GREATER BOSTON HOTEL EMPLOYEES,
>LOCAL 26 HEALTH AND WELFARE TRUST
>FUND BOARD OF TRUSTEES,
>
>By its attorneys,
>
>s/ Robert A. Fisher
>Jeffrey H. Lerer, BBO #294500
>Robert A. Fisher, BBO # 643797
>Foley Hoag LLP
>155 Seaport Boulevard
>Boston, MA 02210
>(617) 832-1000
>
>Domenic Bozzotto
>Law Office of Domenic Bozzotto P.C.
>58 Berkeley Street, 2nd Floor
>Boston, MA  02116
>(617) 292-7710

Dated:  March 25, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Robert A. Fisher counsel for Defendant, do hereby certify in accordance with Local Rule 7.1(A) (2) that I have attempted to confer in good faith with counsel for Plaintiff in an attempt to narrow the issues presented in this Motion.  On March 25, 2005, I left a voice mail message for Robert Gold, counsel for Plaintiffs, seeking to confer with him regarding the foregoing cross-motion for summary judgment.  He did not return my call.  Thus, despite this good faith attempt, the parties have been unable to narrow or resolve the issues presented in this Motion.

>s/ Robert A. Fisher

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on March 25, 2005 I caused to be served by U.S. mail, postage prepaid, a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

>s/ Robert A. Fisher