UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Samuel Williams, et al.
                    **Plaintiff**

V.

Greater Boston Hotel Employees,
Local 26/Health and Welfare Trust
Funds Board of Trustees
                    **Defendant**

CIVIL ACTION

NO. 04-10338-JLA

## JUDGMENT

Alexander, M. J.

In accordance with the Court's Order on Motion dated 7/28/05 granting cross-motion (#24) for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the Defendant

...For the foregoing reasons, this Court DENIES the plaintiffs' motion for summary judgment and ALLOWS the defendant's cross-motion for summary judgement.
SO ORDERED,

By the Court,

7/28/05
Date

/s/ Eugenia Edge
Deputy Clerk

(Judgment for SJ.wpd - 12/98)